1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10  JOEL BUSH,                          )  CASE NO. CV 19-237-SJO (PJW)
                                        )
11                  Petitioner,         )  ORDER ACCEPTING REPORT AND
                                        )  ADOPTING FINDINGS, CONCLUSIONS,
12            v.                        )  AND RECOMMENDATIONS OF UNITED
                                        )  STATES MAGISTRATE JUDGE, AND
13  JOHNSON,                            )  DENYING CERTIFICATE OF
                                        )  APPEALABILITY
14                  Respondent.         )
    _____)
15

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17  the records on file, and the Report and Recommendation of United

18  States Magistrate Judge.  No objections to the Report and

19  Recommendation have been filed.  The Court accepts the Magistrate

20  Judge's Report and adopts it as its own findings and conclusions.

21       Further, for the reasons stated in the Report and Recommendation,

22  the Court finds that Petitioner has not made a substantial showing of

23  the denial of a constitutional right or that the court erred in its

24  procedural ruling and, therefore, a certificate of appealability is

25  denied.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*

26

27

28

*v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


   DATED:     June 6, 2019.

                                    _____
                                    S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE

C:\Users\victorcruz\AppData\Local\Temp\notes95E17C\Order accep r&r.wpd